UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BLACK POLITICAL TASK FORCE; <br> ¿OISTE?: The Massachusetts Statewide <br> Latino Organization, BOSTON VOTE, <br> JAMES E. COFIELD, JR., LLOYD KING, <br> BRENDA LOPES, CARMEN POLA, <br> JAIME RODRIGUEZ, CAROLYN RAY, <br> LUIS FERNANDO MILAN, <br> DOROTHEA JONES, HORACE <br> SMALL, NANCY COOK, WILLIE M. <br> HURD, ENID BAILEY, FLORA J. <br> HOWARD, and ROSCOE MORRIS, <br><br>         Plaintiffs, <br><br> v. <br><br> THOMAS M. FINNERAN, in his official <br> capacity as Speaker of the Massachusetts <br> House of Representatives, THOMAS F. <br> BIRMINGHAM, in his official capacity <br> as President of the Massachusetts Senate, <br> JANE SWIFT, in her official capacity as <br> Acting Governor of the Commonwealth <br> of Massachusetts, and WILLIAM <br> FRANCIS GALVIN, in his official <br> capacity as Secretary of the <br> Commonwealth of Massachusetts, <br><br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 02-11190-DPW |

## STIPULATION OF DISMISSAL OF
## CERTAIN DEFENDANTS WITHOUT PREJUDICE

Whereas:

Plaintiffs filed their original complaint naming the Speaker of the House of Representatives, the President of the Senate, and the Acting Governor ("the Officials") as defendants in their official capacities, as well as the Secretary of the Commonwealth;

The defendants informed plaintiffs and the Court of their intention to move to dismiss the complaint on legislative immunity grounds as against the Officials;




The Court at the Rule 16 scheduling conference on August 2, 2002, and in a Scheduling Order of the same date, directed plaintiffs to file an amended complaint naming only the Secretary as a defendant;

The plaintiffs stated their concern that the absence of the Officials as parties would diminish the discovery tools available to plaintiffs;

The defendants stated their position that, whether or not the Officials remained as defendants, they were protected from discovery by legislative privilege;

The Court thereupon directed the parties to reach and file an agreement whereby the plaintiffs would file an amended complaint omitting the Officials as defendants while preserving plaintiffs' opportunity to employ certain discovery tools against those Officials, if otherwise appropriate, as if they were parties;

Therefore the parties agree as follows:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties in the above-captioned action hereby stipulate to the dismissal, without prejudice, of defendants Thomas M. Finneran, in his official capacity as Speaker of the House of Representatives, Thomas F. Birmingham, in his official capacity as President of the Massachusetts Senate, and Jane Swift, in her official capacity as Acting Governor of the Commonwealth of Massachusetts (collectively, "Defendants Finneran, Birmingham, and Swift") subject to the following provisions:

1. Defendants Finneran, Birmingham, and Swift need not file or serve any answer or other pleading responsive to the Complaint or to the amended complaint in which they are dismissed (the "Substituted Complaint"), which will be served by August 13, 2002 and which will name only the Secretary of the Commonwealth in his official capacity as a defendant but otherwise make no substantive changes as compared to the original Complaint. The defendant Secretary of the Commonwealth will serve his answer to the Substituted Complaint by August 16, 2002. Further amendments to the pleadings, if any, will be filed on or before September 20, 2003, as provided in the parties' proposed Scheduling Order.

2. Defendants Finneran, Birmingham and Swift shall be subject to discovery, and such discovery may be used, within the meaning and subject to the limitations of the Federal Rules of

Civil Procedure, as if Defendants Finneran, Birmingham and Swift had remained parties to this action. The foregoing provisions shall not enlarge or limit Defendants Finneran, Birmingham, and Swift's rights, under the Federal Rules of Civil Procedure or otherwise, to object in whole or in part to any discovery on any grounds which would have been available to them if they had remained parties hereto.

3. If any court should grant any of the plaintiffs relief on any of the claims set forth in this action, and the plaintiffs contend that any of Defendants Finneran, Birmingham, and Swift are needed as a party hereto in order to afford any of the plaintiffs full and complete relief, the plaintiffs may move to add any of Defendants Finneran, Birmingham, and Swift as a party in order to assert against any of them the claim or claims upon which relief was granted, and any of Defendants Finneran, Birmingham, and Swift whom the plaintiffs seek to add in accordance with the foregoing shall assent to any such motion. The assent of any of Defendants Finneran, Birmingham, and Swift to any such motion, however, will not constitute a waiver of any of their rights to assert any defense to the claims set forth in this action which defense is based on such person's role or status as an official of the government of Massachusetts.

4. Discovery taken in this action from the dismissed officials (Finneran, Birmingham, and Swift), if any, may be used in <u>Camacho v. Galvin</u>, pending in this Court as Civil Action No. 02-10428-DPW (the "Chelsea Action"), as if taken in the Chelsea Action, and any such discovery taken in the Chelsea Action may be used in this action as if taken in this action. Admissibility of any such discovery is not stipulated to herein but rather is reserved for decision of the Court in accordance with the Federal Rules of Evidence. The parties will explore a further agreement for the use of all discovery taken in the Chelsea action in this action, and vice versa, and an agreement to prevent duplicative discovery.

- 4 -

5.  As ordered by the Court at the August 2, 2002 conference, because the issue of legislative privilege will be litigated in the Chelsea Action, plaintiffs in the instant case may participate in the litigation of that issue in the Chelsea Action on the schedule established therein, and the Court's resolution of issues with respect to legislative privilege in the Chelsea Action will apply in the instant case, provided, however, that the parties recognize that the application of any determination regarding legislative privilege to particular facts in the Chelsea Action or the instant case may not be capable of resolution on the record as it exists on October 1, 2002, the date for completion of the parties' submissions with respect to legislative privilege in the Chelsea Action.

- 5 -

BLACK POLITICAL TASK FORCE, et al.,
Plaintiffs in No. 02-11190


By their attorneys,

_Richard W. Benka_

Richard W. Benka (BBO #037320)
Barbara A. Fiacco (BBO #633618)
Anne Sterman (BBO #650426)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000


Burton A. Nadler (BBO #366340)
PETRUCELLY & NADLER, P.C.
One State Street, Suite 900
Boston, MA  02109
(617) 720-1717


MAGALY CAMACHO, et al.,
Plaintiffs in No. 02-10428


By their attorneys,

_Kenneth A. Sansone_

Rudolph F. Pierce (BBO #399380)
Kenneth A. Sansone (BBO #647457)
GOULSTON & STORRS
A Professional Corporation
400 Atlantic Avenue
Boston, MA  02110-3333
(617) 482-1776


Nadine Cohen (BBO #090040)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW OF THE
BOSTON BAR ASSOCIATION
294 Washington Street
Boston, MA  02108
(617) 988-0609

Dated: August 13, 2002

WILLIAM F. GALVIN, in his official capacity
as Secretary of the Commonwealth,
Defendant in Nos. 02-10428 and 02-11190,


By his attorney,

THOMAS  F. REILLY,
ATTORNEY GENERAL

_Steven P. Perlmutter_

Steven P. Perlmutter (BBO #395180)
Special Assistant Attorney General
ROBINSON & COLE, LLP
One Boston Place - 25th Floor
Boston, MA  02108-4404
(617) 557-5900


Peter Sacks (BBO #548548)
Assistant Attorney General
One Ashburton Place
Room 2019
Government Bureau
Boston, MA  02108-1698
(617) 727-2200 ext. 2064


Lawrence S. DiCara (BBO #123340)
Special Assistant Attorney General
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110
(617) 345-1000