UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAGALY CAMACHO, et al., </br> Plaintiffs, </br> </br> v. </br> </br> WILLIAM FRANCIS GALVIN, </br> in his official capacity </br> as Secretary of the </br> Commonwealth of Massachusetts, </br> Defendant. | CIVIL ACTION NO. </br> 02-10428-DPW |
| BLACK POLITICAL TASK FORCE, </br> et al., </br> Plaintiffs, </br> </br> v. </br> </br> WILLIAM F. GALVIN, </br> in his official capacity </br> as Secretary of the </br> Commonwealth of Massachusetts, </br> Defendants. | CIVIL ACTION NO. </br> 02-11190-DPW |

## SCHEDULING ORDER AND NOTICE OF MOTION HEARING AND TRIAL DATE
January 17, 2003

WOODLOCK, D.J.

In order to assure that any relief awarded in this litigation can be meaningful for the state wide elections of 2004, scheduling and planning the preparation and presentation of these cases has been tailored in the following manner to achieve a timely and fair disposition of the cases.



The parties having agreed upon and submitted a proposed Scheduling Order, after several scheduling conferences with the court, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

1. Plaintiff shall file a motion to compel (identifying with some specificity how the discovery sought will reasonably lead to admissible evidence) by <u>January 31, 2003</u>; a response shall be filed by <u>February 14, 2003</u>;

2. By <u>January 24, 2003</u> Plaintiff's counsel shall provide firm dates for the scheduling of the depositions of the remaining 13 plaintiffs who have not yet been deposed; the depositions of these plaintiffs shall be completed by <u>February 7, 2003</u> absent good cause shown why these depositions could not be completed by that date;

3. Non-expert discovery, with the exception of requests for admission, shall be completed by <u>April 29, 2003</u>;

4. Each side in each case will be permitted to take as many as twenty-five non-expert depositions, in addition to depositions of each of the other side's testifying experts;

5. In order to facilitate the orderly choice of potential fact deponents, (a) the plaintiffs shall on or before <u>January 21, 2003</u>, identify by name and a brief description of the topic of

trial testimony, witnesses it anticipates calling at trial and (b) the defendant shall identify his potential witnesses in the same manner by February 4, 2003. Thereafter, the parties may identify additional witnesses only by providing, in addition to the name and topic of testimony, a statement sufficient to establish good cause why such witnesses could not have been identified in accordance with the schedule set forth in subparagraphs (a) & (b) of this paragraph;

6. Expert disclosures and reports shall be served by March 14, 2003; if made necessary by the March 14, 2003 Expert Disclosures and Reports, revised, amended or supplemental report(s) may be served by March 28, 2003; thereafter, a party must seek leave of court, subject to objection by the other party, to broaden the opinions of previously identified experts, identify additional expert witnesses and shall disclose their reports in a timely manner;

7. Expert witness depositions shall be completed by April 29, 2003;

8. Requests for admissions shall be served no later than March 17, 2003 and responses to requests for admission shall be served by April 15, 2003;

9. Summary judgment motions and submissions shall be filed and served by May 5, 2003;

3

10. Oppositions to summary judgment motions shall be filed and served by May 27, 2003; no replies to the Oppositions shall be filed.

11. A hearing regarding any summary judgment motions will be held at **2:00 p.m., Monday, June 2, 2003**, in the En Banc Courtroom;

12. Any trial in these matters will commence **Monday, August 18, 2003**. In order to streamline the presentation of evidence at trial, the parties shall consider the sample Order Regulating Non-Jury Trial, which was previously provided to counsel. The Court will consider proposals by the parties for scheduling and/or deadlines for filing the written materials, and for presentation of evidence at trial, and/or any other proposals for streamlining the trial.

BY THE COURT

*Rebecca Greenberg*
REBECCA GREENBERG
Deputy Clerk