UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ANGEL MEZA, et al.,                    )
        Plaintiffs,                    )    CIVIL ACTION NO.
                                       )    02-10428-DPW
            v.                         )
                                       )
                                       )
WILLIAM FRANCIS GALVIN,                )
in his official capacity               )
as Secretary of the                    )
Commonwealth of Massachusetts,         )
        Defendant.                     )
---------------------------------------
BLACK POLITICAL TASK FORCE,            )
et al.,                                )
        Plaintiffs,                    )    CIVIL ACTION NO.
                                       )    02-11190-DPW
            v.                         )
                                       )
WILLIAM F. GALVIN,                     )
in his official capacity               )
as Secretary of the                    )
Commonwealth of Massachusetts,         )
        Defendant.                     )
```

Before Selya,* Circuit Judge
Woodlock and Ponsor, District Judges

ORDER

The defendant's Motion for a Protective Order is DENIED and the plaintiffs' Motion to Compel evidence withheld by defendant pursuant to legislative privilege is ALLOWED to the extent that on or before December 8, 2003:

_____

\*   Of the First Circuit, sitting by designation.

    1.   Each of the Protected Persons[1] the defendant offered as a witness at trial -- Representatives Finneran, Malia, O'Flaherty and Petrolati -- shall file an affidavit identifying by name and address any non-Protected Person with whom each initiated communications concerning the Redistricting Act during the course of development and enactment of the Redistricting Act.  This identification need not include those communications which are reflected in transcripts of public meetings or written communications previously disclosed to the plaintiffs in discovery.  As to each such non-Protected Person identified by affidavit, the affidavits shall specify the date(s), time(s) and place(s) of such communications.

    2.   In addition to any non-Protected Persons disclosed in response to ¶ 1 <u>supra</u>, the defendant shall by stipulation identify all persons, including Protected Persons, who participated in meetings, apart from the public meetings previously disclosed, concerning the Redistricting Act.

    3.   The defendant shall by stipulation state the

---

[1] Protected Persons are defined as any legislator, legislator's aide or person acting under a legislator's supervision and control with respect to the development and enactment of the Redistricting Act.

population statistics upon which the Redistricting Act was based.  A memorandum concerning the disposition of these motions will issue in due course.

                            By the Court,

                            /s/ Rebecca Greenberg
                            DEPUTY CLERK

DATED:  DECEMBER 3, 2003