UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGEL MEZA, et al.<br><br>    Plaintiffs<br><br>v.<br><br>WILLIAM FRANCIS GALVIN,<br>in his official capacity as Secretary of the<br>Commonwealth of Massachusetts,<br><br>    Defendant. | **CIVIL ACTION NO. 2002-10428-DPW** |
| BLACK POLITICAL TASK FORCE, et al<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, in his capacity<br>as Secretary of the Commonwealth of<br>Massachusetts,<br><br>    Defendant. | **CIVIL ACTION NO. 2002-11190 DPW** |

## ERRATA SHEET TO AFFIDAVIT OF HAROLD W. STANLEY

On November 17, 2003, the defense learned that the race of candidate Johnson in the 1990 Democratic Primary in the 12th Suffolk district (at that time it was known as the 13th Suffolk district) is Black.

Accordingly, the "U" next to Mr. Johnson's name should be changed to a "B" in Appendix 2 (revised) to the Affidavit of Harold W. Stanley.

WILLIAM FRANCIS GALVIN,

in his official capacity as Secretary
of the Commonwealth of Massachusetts
Defendant,

By His Attorney,
THOMAS F. REILLY
ATTORNEY GENERAL

_/s/ Steven P. Perlmutter_
Steven P. Perlmutter (BBO #395180)
Michael D. Lurie (BBO #553024)
Mary L. Cataudella (BBO #553350)
Elizabeth C. Sackett (BBO #633649)
Special Assistant Attorneys General
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA 02108
(617) 557-5900

Lawrence S. DiCara (BBO #123340)
Special Assistant Attorney General
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
(617) 345-1000

Dated: November 17, 2003

## CERTIFICATE OF SERVICE

I, Elizabeth C. Sackett, hereby certify that on November 17, 2003 a copy of the foregoing was served via electronic mail to:

Richard Benka, Esq.
Foley Hoag & Eliot LLP
155 Seaport Boulevard
Boston, MA 02210-2600
RBenka@foleyhoag.com

Rudolph Pierce, Esq.
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
rpierce@goulstonstorrs.com

_/s/ Steven P. Perlmutter_
Steven P. Perlmutter

# ROBINSON & COLE LLP

ELIZABETH C. SACKETT

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
esackett@rc.com
Direct (617) 557-5946

November 18, 2003

Civil Clerk's Office
United States District Court for
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: **Camacho, et al. v. Galvin, U.S. District Court, D. Mass., Civil Action No.2002-10428-DPW**

**Black Political Task Force, et al. v. Galvin, U.S. District Court, D. Mass, Civil Action No. 2002-11190-DPW**

Dear Sir/Madam:

Enclosed for filing and docketing in connection with the above matters please find *Errata Sheet to Affidavit of Harold W. Stanley*.

Thank you for your cooperation.

Very truly yours,

Elizabeth C. Sackett

\ECS
Encl.
cc:     Steven P. Perlmutter, Esq.
        Michael D. Lurie, Esq.
        Mary L. Cataudella, Esq.
        Barbara VanGorder, Esq. (w/encl. by hand)
        Anne Sterman, Esq. (w/encl. by hand)

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

www.rc.com      BOST1-812428-1