UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -8 P 3: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANGEL MEZA, et al.

                    Plaintiffs

v.

WILLIAM FRANCIS GALVIN,
in his official capacity as Secretary of the
Commonwealth of Massachusetts,

                    Defendant.

CIVIL ACTION NO. 2002-10428-DPW

---

BLACK POLITICAL TASK FORCE, et al

                    Plaintiffs,

v.

WILLIAM FRANCIS GALVIN, in his capacity
as Secretary of the Commonwealth of
Massachusetts,

                    Defendant.

CIVIL ACTION NO. 2002-11190 DPW

**SUPPLEMENTAL AFFIDAVIT OF THOMAS M. FINNERAN
PURSUANT TO ORDER DATED DECEMBER 3, 2003**

Thomas M. Finneran, being duly sworn, depose and state the following:

1.      I make this affidavit in the above captioned matters in accord with the provisions of paragraph 1 of the Court's Order of December 3, 2003.

2.      I have no recollection that I initiated any communications with any person other than Protected Persons (as that term has been defined at n.1 to the Court's December 3, 2003 Order) concerning the Redistricting Act during the course of development and enactment of the Redistricting Act.

BOST1-813743-1

Signed under the penalties of perjury this 5th day of December 2003.

_____
Thomas M. Finneran